Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org


*Attorney for Petitioner Ronald Duperme

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ronald Duperme,<br><br>   Petitioner,<br><br>  v.<br><br>Pamela Bondi, *et al.*,<br><br>   Respondents. | Case No. 2:26-cv-00730-GMN-DJA<br><br>**Order Granting Stipulation for Extension of Time** |

   Petitioner Ronald Duperme and Respondents Pamela Bondi, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **April 3, 2026**, to file an amended petition for writ of habeas corpus. The amended petition is currently due March 23, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

   On March 18, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Virginia Tomova, who represented that Mr. Duperme is scheduled for lawful deportation on April 2, 2026. This extension is requested to determine whether deportation occurs and, depending on whether it does or does not, proceed accordingly. Ms. Tomova agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to April 3, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 19th day of March, 2026.

TODD BLANCHE                                    RENE L. VALLADARES
Deputy Attorney General of the                  Federal Public Defender
United States
SIGAL CHATTAH
First Assistant United States
Attorney

/s/ Virginia Tomova                             /s/ Heather Fraley
Virginia Tomova                                 Heather Fraley
Assistant United States Attorney                Assistant Federal Public Defender


DATED this __20__ day of March, 2026.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2