Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Ronald Duperme

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Ronald Duperme,

      Petitioner,

    v.

Pamela Bondi, *et al.*,

      Respondents.

Case No. 2:26-cv-00730-GMN-DJA

**Order Granting Second Stipulation for Extension of Time**

Petitioner Ronald Duperme and Respondents Pamela Bondi, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **April 17, 2026**, to file an amended petition for writ of habeas corpus or move to dismiss the instant action. This is the second stipulation for an extension of time in this case.

The amended petition was originally due March 23, 2026, but the parties stipulated to extend the deadline to April 3, 2026, based on counsel for Respondents', Assistant United States Attorney Virginia Tomova, representation that Mr. Duperme was scheduled for lawful deportation on April 2, 2026. As of the filing of this stipulation, Respondents have yet to provide proof of Mr. Duperme's

lawful deportation, so it is impossible to determine whether this matter can yet be dismissed or whether an amended petition needs to be filed.

Accordingly, the parties respectfully request that the Court approve this stipulation and allow them until April 17, 2026 to either stipulate to dismissal of the instant action, or for Petitioner to file an amended petition. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 3rd day of April, 2026.

TODD BLANCHE                                    RENE L. VALLADARES
Deputy Attorney General of the                  Federal Public Defender
United States
SIGAL CHATTAH
First Assistant United States
Attorney

/s/ Virginia Tomova                             /s/ Heather Fraley
Virginia Tomova                                 Heather Fraley
Assistant United States Attorney                Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED** this __6__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2