Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org

*Attorney for Petitioner Ronald Duperme

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Ronald Duperme,

        Petitioner,

   v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00730-GMN-DJA

**Order Granting Stipulation to Dismiss**

     On April 2, 2026, Mr. Duperme was removed from the United States and is no longer in the custody of the Department of Homeland Security. On April 24, 2026, this Court ordered Respondent to file proof of lawful deportation by May 8, 2026. ECF No. 16. Undersigned counsel, James R. Sweetin, did so on May 7, 2026. ECF No. 17.

. . . .

. . . .

. . . .

Accordingly, Petitioner and Respondents, through their undersigned counsel, stipulate that this action may be dismissed as moot.

Respectfully submitted this 8th day of May 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of United States Attorney

*/s/ Heather Fraley*
HEATHER FRALEY
Assistant Federal Public Defender
*Attorneys for Petitioner*

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED** this __12__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2